[No. 16610-1-II. · Division Two.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD E. DEARINGER, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 92-1-00112-8, James B. Sawyer II, J., entered November 9, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Wiggins and Fleisher, JJ.

[No. 17015-9-II.   Division Two.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY E. POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02179-1, Arthur W. Verharen, J., entered March 25, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Wiggins and Fleisher, JJ.

[Nos. 30248-5-I; 30410-1-I.   Division One.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE GATHINGS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00774-1, Paul D. Hansen, J., entered February 7, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, J., and Scholfield, J. Pro Tem.